UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                                CRIMINAL ACTION NO. 2:13-00121

JAMAR ALLEN COLLINS


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER


On February 8, 2019, the United States of America appeared by L. Alexander Hamner, Assistant United States Attorney, and the defendant, Jamar Allen Collins, appeared in person and by his counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Patrick M. Fidler.  The defendant commenced a 21-month term of supervised release in this action on February 9, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on February 7, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respect:  the defendant violated federal and state law inasmuch as he engaged in the distribution of heroin in that on June 14, 2018, he sold .19 gram of heroin, with the presence of fentanyl, to a confidential informant for $100, and on August 7, 2018, sold .268 gram of heroin, with the presence of fentanyl, in the form of two stamps to a confidential informant for $40, as evidenced by the defendant's stipulation on the record of the hearing that the government possesses sufficient proof to prove each offense by a preponderance of the evidence; all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of NINE (9) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:   February 21, 2019

John T. Copenhaver, Jr.
Senior United States District Judge